UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

1:20 CV 0238

CASE NUMBER

FILED
FEB 04 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

JUDGE JUDGE GWIN
MAG. JUDGE RUIZ

STATE OF OHIO,

vs.

ANDRE' MARQUIS COHEN

Rabbi Kohan El-Bey Ali,     Plaintiff     IN ADMIRALTY

Vs.

Michael S Wearsch # 1901 Cliffton D Dowell #1250 Paul J March #1399, [illegible] MATT[illegible] #0086415, Third Party Defendants, Severally and Individually, All

### SPECIFIC AFFIDAVIT OF NEGATIVE AVERMENT, OPPORTUNITY TO CURE, AND COUNTERCLAIM

Comes now Rabbi Kohan El- Bey Ali, Third Party Plaintiff, by special visitation and not appearing generally, before this court seeking a remedy in Admiralty as is provided by "The Saving to the Suitors Clause" at USC 28 -1333(1). I am standing in my unlimited commercial liability as a Secured Party Creditor and request that the officers of this court do the same. I respectfully request the indulgence of this court as I am not schooled in law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519 .

AS TO COUNT 1: I Rabbi Kohan El-Bey Ali the Third Party Plaintiff, Secured Party Creditor, a Natural man, created by God am NOT the same as the Fictitious Entity, all capital letter named, ANDRE' MARQUIS COHEN that was created by the State. I do not give any consent, in any capacity, to this court to place upon me any responsibility for this all capital letter name Fictitious Entity that was created by the state. Simply put I am not the same and I believe that there is no evidence to

the contrary. I have no contract with you and do not consent to any contract with you. If you presume that I have a contract with you I rebut any presumption of any contract that you may presume that I have with you. This is evidenced by documents that are on file with the(OHIO) Secretary of State, the public records of this County, records of this Court, US Department of Treasury, Internal Revenue Service, U.S. Department of Commerce, U.S. Department of Justice, and others. If the Third Party Defendants have any lawfully documented evidence to the contrary let them come forth now On and For the official Record and let the District Attorney certify their evidence, under their unlimited commercial liability, while under oath, and under penalties of the law including Perjury. Failure to continue this action without proof of your claim is Abuse of Process, Dishonor in Commerce, Abuse of Power, Extortion, Coercion, Obstruction of Justice, Denial of Due Process, etc. I believe there is no evidence to the contrary.

AS TO COUNT 2: On or about 08/30/2019 I was detained by the OHIO STATE HIGHWAY PATROL trooper Michael S Wearsch # 1901 and he violently pulled my headdress off my head . I demand that the third party defendants bring forward the damaged party. I do not believe the third party defendants have a damaged party as is required by law, and there is no evidence to the contrary. This is Fraud, Conspiracy, Collusion, Racketeering, Abuse of Power, Denial of Due Process, Dishonor in Commerce, Abuse of Process, Extorsion, Coercion, Obstruction of Justice, etc.

AS TO COUNT 3: I Rabbi Kohan El-Bey Ali was arrested without a lawful 4th amendment warrant being issued for my arrest . There was no probable cause to search this property or arrest anyone. No crime was committed. Cliffton D Dowell #1250 having a duty to intervene did not This is a violation of my civil rights, Lack of Due Process, Abuse of Power, Conspiracy, Fraud, Racketeering, False Imprisonment, Trespass, etc., and I believe there is no evidence to the contrary.

AS TO COUNT 4:  I Rabbi Kohan El-Bey Ali, was forced to give my fingerprints and photographs, and DNA swabs against my will. I notified the officers on duty that I did not want to give my fingerprints or photographs, as they were my personal property. He said if I didn't do it he and the avon police officer will hold me down and force me to give DNA. This is Theft of Private Property, Abuse of Authority, Conspiracy to Defraud, Racketeering, Obstruction of Justice, Dishonor in Commerce, Coercion, Extortion, Denial of Due Process, and I believe that there is no evidence to the contrary.

AS TO COUNT 5:  On or about AUGUST 30 2019 Paul J March #1399 having a duty to intervene conspired with OHIO STATE HIGHWAY PATROL TROOPERS to make several false statements to LORAIN COUNTY SHERIFF'S DEPARTMENT deputies regarding Rabbi Kohan El-Bey Ali They accused Ali of possession of a illegal weapons. THE TROOPERS pull the screen off my phone and broke it.  They also falsely accused Mr. Ali, Deputies rushed to judgment upon false statements by OHIO STATE HIGHWAY PATROL without proper due diligence and investigation of this alleged crime. Had the deputies properly investigated, it would have been easily proven that no crime was committed. As a result of improper and malicious actions of the LORAIN COUNTY SHERIFFS OFFICE, Rabbi Kohan El-Bey Ali was falsely arrested and his Tribe was traumatized by the actions of these deputies. This was done to favor the unlawful actions of another law enforcement officer who was attempting to steal the lawful property of Tierra Minor I believe that these TROOPERS conspired with AVON LAKE POLICE AND LORAIN COUNTY SHERRIF'S to illegally take the property of Tierra Minor. I believe that OHIO STATE HIGHWAY PATROL intentionally used his position as a law enforcement officer to steal the lawful property of Tierra Minor. Criminal charges will be explored in this matter. Rabbi Kohan El-Bey Ali has attempted to resolve this matter through the legal process and have been defrauded by the attempts of the prosecuting attorney and the court. This is Abuse of Process, Abuse of Power, Collusion, Conspiracy, Racketeering, Denial of Due Process, Extortion, Fraud, Theft, Dishonor in Commerce, etc. I believe there is no evidence to the contrary.

AS TO COUNT 6: The prosecuting attorney MATTHEW KERN and DENNIS WILL did with full knowledge and malice continue the case. Prosecutor was informed of the facts in this case and intentionally elected to continue to do harm to Rabbi Kohan El-Bey Ali ,Tierra Minor . This is a travesty of justice and prosecutor should be sanctioned by the court for His malicious intent to prosecute. Criminal Charges may be explored on his behalf. Rabbi Kohan El-Bey Ali is an upstanding and productive member of society for many years. He has never been arrested or charged with a crime in his life. He was treated with utter disrespect and contempt by TROOPERS . This is Abuse of Power, Abuse of Process, Denial of Due Process, Obstruction of Justice, Dishonor in Commerce, Conspiracy, Extortion, Coercion, etc. I believe there is no evidence to the contrary.

## OPPORTUNITY TO CURE

The Third Party Defendants have 21 calendar days to cure their Dishonor by the Following:

1. Dismiss any and all claims against the Third Party Plaintiff, with prejudice and pay the Third Party Plaintiff $550,000.00 (FIVE HUNDRED FIFTY THOUSAND US Dollars) And return the Glock 42 firearm (.380). OR,
2. Pay all damages as indicated by the counterclaim contained herein with Real Money, Surrender any and all Public Hazard Bonds, other Bonds, Insurance Policies, CAFR Funds, 801K funds, personal properties, land, real estate, etc. as needed to satisfy counterclaim herein, ...OR,

3. Prove your claims against me, and disprove my claims, by providing me with lawfully documented evidence that is certified by the States Attorney, in his unlimited commercial liability, while Under Oath, On and For the Official Record, under penalties of the law including Perjury. This evidence must prove your case by documented evidence and must answer each and every averment, Point by Point individually. If any and all points are not answered fully and accompanied by lawfully documented evidence, as provided herein, that will be Default on the part of the Third Party defendants. Non Response according to the conditions herein will be default. Incomplete answers and/ or lack of documented evidence as outlined herein will be Default. If the Third Party Defendants fail to respond as outlined herein, within 21 calendar days, that will be Default. Default will be a Self Executing Confession of Judgment on behalf of the third party defendants, and complete agreement with all the statements in this claim. This is a contract in Admiralty.

## COUNTERCLAIM

THE FOLLOWING DAMAGES HAVE BEEN ASESSED AGAINST YOU SHOULD YOU FAIL TO MEET THE REQUIREMENTS AS PROVIDED IN THE OPPORTUNITY TO CURE CONTAINED HEREIN:

1. Failure to state a claim upon which relief can be granted. $2,000,000.00 (Two Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.
2. Failure to respond as outlined herein. $2,000,000.00 (Two Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.
3. Default by non response or incomplete response $2,000,000.00 (Two Million Dollars) per Third Party Defendant, per count, per violation, per occurrence.

4. Dishonor In Commerce - $2,000,000.00 (Two Million Dollars) per Third Party Defendant, per count, per violation, per occurrence.
5. Obstruction of Justice - $2,000,000.00 (Two Million Dollars) per Third Party Defendant, per count, per violation, per occurrence.
6. Abuse of Authority - $2,000,000.00 (Two Million Dollars) per Third Party Defendant, per count, per violation, per occurrence.
7. Denial of Due Process - $2,000,000.00 (Two Million Dollars) per Third Party Defendant, per count, per violation, per occurrence.
8. Extortion - $2,000,000.00 (Two Million Dollars) per Third Party Defendant, per count, per violation, per occurrence.
9. Unlawful Arrest - $2,000,000.00 (Two Million US Dollars) per Third Party Defendant, per count, violation, per occurrence.
10. Trespass - $2,000,000.00 (Two Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.
11. Conspiracy to Defraud - $2,000,000.00 (Two Million US Dollars) per Third Party Defendant, Per count, per violation, per occurrence.
12. Racketeering - $2,000,000.00 (Two Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.
13. False Imprisonment - $2,000,000.00 (Two Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.
14. Abuse of Power - $2,000,000.00 (Two Million Us Dollars) per Third Party Defendant, per count, per violation, per occurrence.

15. Abuse of Process - $2,000,000.00 (Two Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

16. Coercion - $2,000,000.00 (Two Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

17. Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as contained herein. $1,000,000.00 (One Million US Dollars), per month, and interest of 1.5 % per month compounded daily for the first (30)

Thirty Days from the date of default. After (30) Thirty Days beginning on the (31st) Thirty first Day after Default, the penalties for Failure to pay will increase

by $1,000,000.00 (One Million Us Dollars Per Day) for each calendar day that this counterclaim is not paid in full, including interest. After (90) calendar days of the date of Default, the penalties for Failure to Pay Counterclaim will increase by $5,000,000.00 (Five Million US Dollars) per calendar day, that the Counterclaim is not paid in full, plus interest as indicated herein.

18. All Claims are stated in US Dollars which means that a US Dollar will be defined, for the purposes of this counterclaim as, a One Ounce Silver coin of .999 fine silver, or the equivalent par value as established by law or the exchange rate as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as outlined herein. If the claim is to be paid in Federal Reserve Notes or other certified funds these funds will only be accepted at Par Value as indicated above.

19. Punitive damages will be assessed by multiplying the original amount of damages times seven (7). Punitive damages will be added to the original amount of damages.

*Under penalty of perjury I sign and affirm the truth*

Rabbi Kohan El-Bey Ali
Secured Party Creditor
Date: January 2020

*In care of: 2014 west 19th Court Lorain Ohio (UCC 1-308)*